SPENCER P. HUGRET (SBN: 240424)
shugret@grsm.com
KATHERINE P. VILCHEZ (SBN: 212179)
kvilchez@grsm.com
TRINA M. CLAYTON (SBN: 204215)
tclayton@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone:   (415) 986-5900
Facsimile:   (415) 986-8054
Attorneys for Defendant
FORD MOTOR COMPANY

Kevin Y. Jacobson (SBN: 320532)
kjacobson@quillarrowlaw.com
Bryan C. Altman (SBN: 122976)
baltman@quillarrowlaw.com
QUILL & ARROW, LLP
10900 Wilshire Boulevard, Suite 300
Los Angeles, CA 90024
Telephone:   (310) 933-4271
Facsimile:   (310) 889-0645
Attorneys for Plaintiffs
SHAWN R. STEMEN and DENNY E. STEMEN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN R. STEMEN and DENNY E. STEMEN , <br><br> Plaintiffs, <br> vs. <br><br> FORD MOTOR COMPANY, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 2:23-cv-00751-DJC-DB <br><br> District Judge: Hon. Daniel J. Calabretta <br> Magistrate Judge: Hon. Deborah Barnes <br><br> **ORDER GRANTING JOINT STIPULATION TO CONTINUE TRIAL AND PRETRIAL DATES** <br><br> State Comp. Filed: February 24, 2023 <br> Removed: April 20, 2023 <br> Trial Date: May 19, 2025 |

**HAVING CONSIDERD THE PARTIES' JOINT STIPULATION TO CONTINUE TRIAL AND PRETRIAL DATES:**

It is hereby ordered that the dates set forth in the Court's October 16, 2023, Scheduling Order are vacated, and the trial and related dates are continued ___ months as set forth in the ___ month continuance schedule below:

| Event | Current Date | Proposed New Date for 3 Month Continuance |
|---|---|---|
| Close of Fact Discovery | June 14, 2024 | September 13, 2024 |
| Exchange of Opening Expert Reports | July 12, 2024 | October 11, 2024 |
| Exchange of Rebuttal Expert Reports | August 9, 2024 | November 8, 2024 |
| Close of Expert Discovery | September 6, 2024 | December 6, 2024 |
| Dispositive Motion Hearing Deadline | January 9, 2025, at 1:30 p.m. | April 17, 2025, at 1:30 p.m. |
| Pretrial Conference | March 27, 2025, at 1:30 p.m. | July 3, 2025, at 1:30 p.m. |
| Jury Trial (4-5 days) | May 19, 2025, at 9:00 a.m. | August 18, 2025, at 9:00 a.m. |

IT IS SO ORDERED:

DATED: May 28, 2024                                /s/ Daniel J. Calabretta
                                                                     THE HONORABLE DANIEL J. CALABRETTA
                                                                     UNITED STATES DISTRICT JUDGE